| Information to identify the case: | | |
|---|---|---|
| Debtor | **NB Flats, DST**<br>Name | EIN **82–6314298** |
| United States Bankruptcy Court **District of Utah**<br>Case number: **24–21724 KRA** | | Date case filed for chapter **11: 4/16/24** |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case 10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | NB Flats, DST | |
| 2. | **All other names used in the last 8 years** | aka Alpine Flats | |
| 3. | **Address** | 729 East 900 North<br>Logan, UT 84321 | |
| 4. | **Debtor's attorney**<br>Name and address | David P. Billings<br>Fabian & Clendenin dba Fabian VanCott<br>95 So. State Street<br>Ste 2300<br>Salt Lake City, UT 84111 | Contact phone 801-531-8900<br><br>Email: dbillings@fabianvancott.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 350 South Main #301<br>Salt Lake City, UT 84101 | Hours open:<br>8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone (801) 524-6687<br><br>Date: 4/25/24 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | May 20, 2024 at 02:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Dial: (877) 954-8330 Ten Min Before Mtg, Participant code: 6853301, By Teleconference** |

**For more information, see page 2 >**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
|---|---|---|
| | **For all creditors (except a governmental unit):** | 8/19/24 |
| | **For a governmental unit:** | 10/15/24 |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated*;
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
|---|---|
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 25, 2024 | Form ID: 309F1 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NB Flats, DST, 729 East 900 North, Logan, UT 84321-3348 |
| aty | + | Douglas J. Payne, Fabian VanCott, 95 South State, Ste 2300, Salt Lake City, UT 84111-1653 |
| aty | | Megan K Baker, Dorsey & Whitney, LLP, 111 S. Main Street, 21st Floor, Salt Lake City, UT 84111-2176 |
| aty | + | Russell S. Walker, Pearson Butler, PLLC, 1802 W. South Jordan Parkway, 2nd Floor, South Jordan, UT 84095-8337 |
| aty | + | Steven T. Waterman, Dorsey & Whitney LLP, 111 South Main Street, 21st Floor, P.O. Box 45925 Salt Lake City, UT 84145-0925 |
| intp | + | Brian Nelson, C/O Russell Walker, 1802 W South Jordan Parkway, Ste 200, South Jordan, UT 84095, UNITED STATES 84095-8497 |
| 12415107 | + | Aaron Schroeder, 5604 Helmsdale Lane, Alexandria, VA 22315-4135 |
| 12415087 | + | Adam Newton, 3673 W Spring Water Drive, West Valley City Utah 84120-3365 |
| 12415122 | + | Andrew Watson, 1165 S 1080 E, Springville, Ut 84663-2806 |
| 12415120 | | Anthony Victorino, 743 N 800 E, Logan, UT 84321 |
| 12415070 | + | Apartments.com, 2563 Collection Center Dr., Chicago, IL 60693-0025 |
| 12415071 | + | Blue Brush LLC, 925 W 200 N Suite A6, Logan Utah 84321-2609 |
| 12415072 | + | Bombas, LLC, 881 Broadway, New York, NY 10003-1255 |
| 12415113 | + | Brandeon Teuscher, 645 E 900 N Apt 14, Logan, UT 84321-6155 |
| 12415127 | + | Brandon Wood, 1312 S Via La Costa Way, Kaysville, UT 84037-4044 |
| 12415073 | + | Cache County Treasurer, 179 North Main St., Room 201, Logan, UT 84321-5126 |
| 12415074 | + | Canyon Plumbing & Heating, 835 S 100 W, Suite 103, Smithfield, UT 84335-3402 |
| 12415099 | + | Cayden Raymond, 335 S 500 W, Brigham City Utah 84302-2459 |
| 12415076 | + | Challenger Industrial Supplies LLC, P.O. Box 25174, Salt Lake City, UT 84125-0174 |
| 12415075 | + | City of Logan - Utilities, P.O. Box 328, Logan Utah 84323-0328 |
| 12415121 | + | Cora Wadsworth, 1003 Bountiful Hills Drive, Bountiful, Utah 84010-1915 |
| 12415117 | + | Corinne Tousley, 1464 S Carlan Court, Denver, Colorado 80219-4714 |
| 12415079 | + | Entrata, P.O. Box 1055, Lehi, UT 84043-7055 |
| 12415119 | + | Ethan Varney, 564 E 400 N, Logan, Ut 84321-6408 |
| 12415080 | + | Great American Business Products, P.O. Box 4422, Houston, TX 77210-4422 |
| 12415081 | + | HarCar Cleaning, 5414 W Daybreak Pkwy Suite C$-242, South JOrdan UT 84009-5904 |
| 12415082 | + | High Canyon LLC, 695 N 800 E, Hyde Park, UT 84318-4902 |
| 12415083 | + | IPFS Corporation of California, P.O. Box 100391, Pasadena, CA 91189-0003 |
| 12415100 | | Isak Redmon, 597 E 600 N APt 1, Logan Utah 84321 |
| 12415115 | + | Jacob Tobler, 13353 S 2900 W, Riverton, UT 84065-6326 |
| 12415109 | + | Jared Skanchy, 13514 S Bridle Gate Lane, Draper, UT 84020-7002 |
| 12415084 | + | Jerry's Plumbing Repair, P.O. Box 325, Logan Utah 84323-0325 |
| 12415124 | + | John Williams, 356 N 650 W, Lindon, Ut 84042-1384 |
| 12415098 | + | Joseph Rasmussen, 1117 N Jefferson St, St Geourge Utah 84770-4297 |
| 12415108 | + | Julia Shumway, 777 E 1000 N Apt W1, Logan, UT 84321-2588 |
| 12415094 | + | Kayla Petersen, 393 Palace Circle, Spring Creek Nevada 89815-6954 |
| 12415085 | + | Learfield Communications, LLC, 540 N Trade Street, Winson Salem, North Carolina 27101-2915 |
| 12415086 | + | Logan EPA, LLC, c/o Steven T. Waterman, 111 South Main St., Suite 2100, Salt Lake City, UT 84111-2891 |
| 12415097 | + | Madison Pittman, 870 N 600 E, Logan Utah 84321-5852 |
| 12415110 | + | Mantas Sliesoraitis, 549 Aspen Ridge Lane, Providence, Utah 84332-9495 |
| 12415092 | + | Matthew Penalba, 1693 N 400 W APt E203, Logan Utah 84341-2074 |
| 12415093 | + | Maurisio Perez, 1693 N 400 W Apt E203, Logan Utah 84341-2074 |

| Recip ID | | Name and Address |
|---|---|---|
| 12415123 | + | Natalie Webb, 295 E 1250 N, Orem, Utah 84057-2731 |
| 12415089 | + | OPA Chemicals, LLC, 120 West Hills Road, Huntington Station, New York 11746-3120 |
| 12415088 | #+ | Office Sense LLC, 12855 SW 132nd St, Suite 106, Miami, FL 33186-7209 |
| 12415090 | + | Pacific Office Automation, Inc., 14747 NW Greenbriar Parkway, Beaverton Oregon 97006-5601 |
| 12415101 | + | Rentable, P.O. Box 7640, Madison, WI 53707-7640 |
| 12415102 | + | Rentler, LLC, P.O. Box 709522, Sandy Utah 84070-9527 |
| 12415103 | + | Rise Broadband, P.O. Box 844580, Boston, MA 02284-4580 |
| 12415104 | + | Robert William Lesser, P. O. Box 182, Smithfield Utah 84335-0182 |
| 12415105 | + | Roto-Rooter of Logan Inc., 825 W 200 S, Logan Utah 84321-5050 |
| 12415112 | | Samantha Stevenson, 3997 N Shoreline Circle, Layton, UT 84040 |
| 12415125 | + | Scott Williams, 1837 N Berra Blvd Apt D205, Tooele, UT 84074-9106 |
| 12415091 | | Seth Party, 597 E 600 N Apt 1, Logan Utah 84321 |
| 12415111 | + | Sorensen Entity Services LLC, 1201 N Orange St. Suite 7044, Wilmington Delaware 19801-1189 |
| 12415095 | | Sydney Petersen, 597 E 600 N Apt 1, Logan Utah 84321 |
| 12415114 | + | The Sherwin-Williams Co., 435 S. University Ave., Provo, UT 84601-4529 |
| 12415116 | + | Total Tree Care, 529 E 400 S, Logan, UT 84321-5509 |
| 12415129 | + | Weston Zwahlen, 274 Big Canyon Lane, Wanship, Utah 84017-9795 |
| 12415126 | + | Winstar Marketing, 12400 W Hwy 71 Suite 350-345, Austin TX 78738-6517 |
| 12415128 | | Zerorez Cache Valley, LLC, 5355 W 18600 N, Garland, UT 84312 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dbillings@fabianvancott.com | Apr 25 2024 23:32:00 | David P. Billings, Fabian & Clendenin dba Fabian VanCott, 95 So. State Street, Ste 2300, Salt Lake City, UT 84111 |
| 12415077 | + | EDI: CITICORP | Apr 26 2024 03:09:00 | Citi Cards, P.O. Box 78019, Phoenix, AZ 85062-8019 |
| 12415118 | + | EDI: UTAHTAXCOMM.COM | Apr 26 2024 03:09:00 | Utah State Tax Commission, 210 N 1950 W, Salt Lake City, UT 84134-9000 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12415106 | ##+ | Britton Schow, 9333 N Canyon Heights Drive, Cedar Hills, UT 84062-8789 |
| 12415078 | ##+ | Ease, 435 S 970 E, Logan, UT 84321-5867 |
| 12415096 | ##+ | Josh Phillips, P. O. Box 66, Albion ID 83311-0066 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David P. Billings | on behalf of Debtor NB Flats DST dbillings@fabianvancott.com, mbeck@fabianvancott.com |
| Douglas J. Payne | on behalf of Debtor NB Flats DST dpayne@fabianvancott.com, mbeck@fabianvancott.com;mdewitt@fabianvancott.com |
| Megan K Baker | on behalf of Creditor Logan EPA LLC baker.megan@dorsey.com |
| Melinda Willden tr | on behalf of U.S. Trustee United States Trustee melinda.willden@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov |
| Peter J. Kuhn | on behalf of U.S. Trustee United States Trustee Peter.J.Kuhn@usdoj.gov James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov |
| Russell S. Walker | on behalf of Interested Party Brian Nelson russellw@pearsonbutler.com sasha@pearsonbutler.com |
| Steven T. Waterman | on behalf of Creditor Logan EPA LLC waterman.steven@dorsey.com, bingham.karen@dorsey.com,steven-waterman-9367@ecf.pacerpro.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 8